UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph A. Dewan
Mary Corr Dewan

Case No.: 11-24869-MBK

Hearing Date: 9/13/2016

Judge: Michael B. Kaplan

Chapter: 13

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that _____Joel A. Ackerman_____ was directed to file:

_____Order to be Submitted (Motion #40 / 8/11/2015 hearing)_____ and that the document has

not been filed, it is hereby

ORDERED that _____Denise E. Carlon_____ shall show cause on ____September 13, 2016____

at __2:00 PM__ in the United States Bankruptcy Court, _402 East State Street, Trenton_, New Jersey,

Courtroom number __8__, before the Honorable _____Michael B. Kaplan_____ why the:

- ☑ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*