UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph A. Dewan
Mary Corr Dewan

| | |
|---|---|
| Case No. | 11-24869-MBK |
| Hearing Date: | 9/13/2016 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

# ORDER TO SHOW CAUSE
# WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
# STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that _____Joel A. Ackerman_____ was directed to file:

_____Order to be Submitted (Motion #40 / 8/11/2015 hearing)_____ and that the document has not been filed, it is hereby

ORDERED that _____Denise E. Carlon_____ shall show cause on _____September 13, 2016_____ at __2:00 PM__ in the United States Bankruptcy Court, __402 East State Street, Trenton__, New Jersey, Courtroom number __8__, before the Honorable _____Michael B. Kaplan_____ why the:

- ☑ motion should not be denied,
- ❏ pleading should not be stricken.

*new 9/10/07*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph A. Dewan  
Mary Corr Dewan  
     Debtors

Case No. 11-24869-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.  
db/jdb         +Joseph A. Dewan,    Mary Corr Dewan,    1674 Perrineville Road,    Monroe Township, NJ 08831-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Brian E Caine    on behalf of Creditor    Bank of America, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
          Carol L. Knowlton    on behalf of Debtor Joseph A. Dewan cknowlton@gorskiknowlton.com  
          Carol L. Knowlton    on behalf of Joint Debtor Mary  Corr Dewan cknowlton@gorskiknowlton.com  
          Denise E. Carlon    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
                                                                                              TOTAL: 5