Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 11−24869−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. Dewan                                         Mary Corr Dewan
   1674 Perrineville Road                                aka Mary Corr
   Monroe Township, NJ 08831                 1674 Perrineville Road
                                                            Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−6687                                             xxx−xx−7802

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after January 9, 2017 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: December 9, 2016
JJW: gan

                                                                                          James J. Waldron
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joseph A. Dewan
Mary Corr Dewan
    Debtors

Case No. 11-24869-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 09, 2016
                     Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
db/jdb       +Joseph A. Dewan,    Mary Corr Dewan,    1674 Perrineville Road,    Monroe Township, NJ 08831-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 09 2016 22:57:00     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 09 2016 22:56:56     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                     TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Brian E Caine    on behalf of Creditor    Bank of America, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
           Carol L. Knowlton    on behalf of Debtor Joseph A. Dewan cknowlton@gorskiknowlton.com
           Carol L. Knowlton    on behalf of Joint Debtor Mary   Corr Dewan cknowlton@gorskiknowlton.com
           Denise E. Carlon    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
                                                                                                                          TOTAL: 5