UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
cknowlton@gorskiknowlton.com
Attorneys for Debtor(s)

**Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph A. and Mary Corr Dewan

Case No.:   11-24869-MBK

Chapter:   13

Judge:   Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 22, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Carol L. Knowlton, Esquire_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____800.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*