UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
cknowlton@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph A. and Mary Corr Dewan

Case No.:  11-24869-MBK

Chapter:  13

Judge:  Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 22, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Carol L. Knowlton, Esquire_____, the applicant, is allowed a fee of $ ____800.00____ for services rendered and expenses in the amount of $____0____ for a total of $____800.00____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph A. Dewan  
Mary Corr Dewan  
    Debtors

Case No. 11-24869-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 22, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db/jdb        +Joseph A. Dewan,    Mary Corr Dewan,   1674 Perrineville Road,   Monroe Township, NJ 08831-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Brian E Caine    on behalf of Creditor    Bank of America, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Carol L. Knowlton    on behalf of Debtor Joseph A. Dewan cknowlton@gorskiknowlton.com  
         Carol L. Knowlton    on behalf of Joint Debtor Mary    Corr Dewan cknowlton@gorskiknowlton.com  
         Denise E. Carlon    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
                                                                                                                    TOTAL: 5